# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**CHRISTOPHER PREJEAN,**     **CIVIL ACTION NO. 17-1170**
  on behalf of Himself and Other
  Persons Similarly Situated

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**SATELLITE COUNTRY, INC., ET AL.**     **MAG. JUDGE WHITEHURST**

## JUDGMENT

The Report and Recommendation [Doc. No. 183] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDED AND DECREED** that Defendant's Motion For Summary Judgment To Dismiss Claims Of Donald Stubblefield and Danniel Gan [Doc. No. 156] is **GRANTED,** and Donald Stubblefield and Danniel Gan's claims are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of April, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE